## Tube City Taxicab Company Appeal.

Argued November 13, 1969. *Jerome Solomon,* for appellant; *Herbert E. Squires,* Assistant Counsel, with him *Paul Silverstein,* Counsel, for Pennsylvania Public Utility Commission, appellee; *Frederick L. Kiger,* for intervenor.

Order affirmed.